B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>BEAUMONT DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Steve Simpson & Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **75-2565573** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8652 U.S. Hwy. 96 N**<br>**Brookeland, TX**<br>ZIP CODE **75931** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Jasper** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 570**<br>**Brookeland, TX**<br>ZIP CODE **75931** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 0338448583)*

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Steve Simpson & Associates, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                                                 Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                        _____
                        (Name of landlord that obtained judgment)

                        _____
                        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Steve Simpson & Associates, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br><br> X_____ <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X **/s/ Frank J. Maida** <br> **Frank J. Maida**     Bar No. **12845600** <br><br> **Maida Law Firm, P.C.** <br> **4320 Calder Avenue** <br> **Beaumont, Texas 77706** <br><br> Phone No. **(409) 898-8200**    Fax No. **(409) 898-8400** <br><br> 6/8/2015 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X_____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **Steve Simpson & Associates, Inc.** <br><br> X **/s/ Stephen Earl Simpson** <br> Signature of Authorized Individual <br><br> **Stephen Earl Simpson** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **6/8/2015** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

IN RE:   **Steve Simpson & Associates, Inc.**                                          Case No.

                                                                                                            Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Weatherford International, LLC<br>2000 St. James Place<br>Houston, Texas 77056 | | Purchase of Goods | | **$681,652.64** |
| AES Drilling Fluids, LLC<br>11767 Katy Fwy., Suite 230<br>Houston, Texas 77079 | | Purchase of Goods | | **$255,633.95** |
| IPFS Corporation<br>1001 Winstead Drive, Suite 500<br>Cary, NC 27513 | | Insurance | | **$91,010.16** |
| CIMBAR<br>49-0 Jackson Lake Road<br>Chatsworth, GA 30705 | | Purchase of Goods | | **$86,240.00** |
| Integrity Industries LLC<br>P. O. Box 5342<br>Kingsville, Texas 78363 | | Purchase of Goods | | **$66,859.83** |
| Vichem Specialty Products LLC<br>P. O. Box 1567<br>Conroe, Texas 77301 | | Purchase of Goods | | **$35,090.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:  **Steve Simpson & Associates, Inc.**                                   Case No.

                                                                                Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Interstate Billing Service, Inc. Attn: Whitney Marsh 1025 5th Avenue SE Decatur, AL 35601 | | Parts & Repairs | | $22,522.53 |
| G-R Water Trucks, LLC 35479 SR 78 Lewisville, OH 43754 | | Services | | $20,270.00 |
| Steve Simpson Disposal Well, Ltd P. O. Box 540 Brookeland, Texas 75931 | | Services | | $18,000.00 |
| Aqua - Clear, Inc. 608 Virginia Street E, Suite 302 Charleston, WV 25301 | | Purchase of Goods | | $16,005.00 |
| Appalachian Oilfield Services, LLC 335 Teljean Road Lafayette, LA 70503 | | Services | | $15,101.25 |
| AIG (Workers Comp) 22427 Network Place Chicago, IL 60673-1224 | | Purchase of Goods | | $11,016.99 |
| Columbus Truck & Equipment Center, LLC P. O. Box 83250 Columbus, OH 43203-0250 | | Parts & Repairs | | $8,457.13 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

IN RE: **Steve Simpson & Associates, Inc.**         Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pawnee Leasing<br>700 Centre Avenue<br>Fort Collins, CO 80526 | | Lease/Purchase Option | | $8,658.23<br>**Value: $500.00** |
| Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street, Suite 800<br>Pittsburgh, PA 15222 | | Legal Services | | $6,982.63 |
| A & A Supply, LLC<br>22155 Energy Hwy.<br>New Martinsville, WV 26155 | | Purchase of Goods | | $6,905.94 |
| TCB Sales & Distributing LLC<br>4800 San Felipe Street<br>Houston, Texas 77056 | | Purchase of Goods | | $5,805.00 |
| JC Fodale Energy Services, LLC<br>6003 Financial Plaza<br>Shreveport, LA 71129 | | Contract Trucking | | $5,130.00 |
| Potesta & Associates, Inc.<br>7012 MacCorkle Avenue S.E.<br>Charleston, WV 25304 | | Services | | $4,505.00 |
| Conquest Drilling Fluids, Inc.<br>9200 Leonidas Horton Rd.<br>Conroe, Texas 77304 | | Services | | $4,440.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:   **Steve Simpson & Associates, Inc.**                                        Case No.

                                                                                                                    Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**6/8/2015**_____     Signature:__**/s/ Stephen Earl Simpson**_____
                                                                        *Stephen Earl Simpson*
                                                                        **President**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:   **Steve Simpson & Associates, Inc.**                                         CASE NO

                                                                                                              CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/8/2015                                                    Signature  /s/ Stephen Earl Simpson
                                                                                       *Stephen Earl Simpson*
                                                                                       *President*

Date  _____                           Signature  _____

Case 15-10291    Doc 1    Filed 06/08/15    Entered 06/08/15 15:00:49    Desc Main
Debtor(s):  Steve Simpson & Associates, Inc.
Case No:
Document    Page 9 of 11
Chapter: 11
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

A & A Supply, LLC
22155 Energy Hwy.
New Martinsville, WV 26155

Ceridian Benefit Services
P. O. Box 10989
Newark, NJ 07193

CS Trucking
366 Travelers Road
East Freedom, PA 16637

AES Drilling Fluids, LLC
11767 Katy Fwy., Suite 230
Houston, Texas 77079

CIMBAR
49-0 Jackson Lake Road
Chatsworth, GA 30705

Dominion Hope
48 Columbus Blvd.
Clarksburg, WV 26301

AIG (Workers Comp)
22427 Network Place
Chicago, IL 60673-1224

Cintas Corporation
7700 Bent Branch Dr., Suite 130
Irving, Texas 75063

Dupont Goodrich FCU
1061 S. Wheeler
Jasper, Texas 75951

American Disposal Services, LTD
330 Mian St., Suite 3
Sealy, Texas 77474

Cintas Corporation J67
P. O. Box 630910
Cincinnati, OH 45263-0803

Edward Jones
143 S. Main Street
Jasper, Texas 75951

American Project Development Corp.
601 S. Henderson Road, Suite 152
King of Prussia, PA 19406

City of Paden City
P. O. Box 211
Paden City, WV 26159

Element Financial Corp.
655 Business Center Drive, Suite 250
Horsham, PA 19044

Appalachian Oilfield Services, LLC
335 Teljean Road
Lafayette, LA 70503

Cole's Tire & Supply
205 Geene Street
Marietta, OH 45750-3191

First National Bank of Jasper
P. O. Box 700
301 E. Houston
Jasper, Texas  75956

Aqua - Clear, Inc.
608 Virginia Street E, Suite 302
Charleston, WV 25301

Columbus Truck & Equipment Center, LL
P. O. Box 83250
Columbus, OH 43203-0250

Ford Motor Credit Co.
P. O. Box 390910
Minneapolis, MN 55439-0910

AT&T
P. O. Box 5019
Carol Stream, IL 60197-5019

Commerical Credit Group, Inc.
2135 City Gate Lane, Suite 440
Naperville, IL 60563

G-R Water Trucks, LLC
35479 SR 78
Lewisville, OH 43754

Attorney General
Taxation Division - Bankruptcy
Box 12548 - Capitol Station
Austin, TX  78711

Conquest Drilling Fluids, Inc.
9200 Leonidas Horton Rd.
Conroe, Texas 77304

G.E. Capital Transportation Finance
300 E. John Carpenter Fwy., Suite 204
Irving, Texas 75062-2712

BlueCross BlueShield of Texas
P.O. Box 655730
Dallas, Texas 75265-5730

Coyle Transport
260 Route 519
Eight Four, PA 15330

Gulf Welding Supply Co.
4688 N. Wheeler
Jasper, Texas  75951

Case 15-10291    Doc 1    Filed 06/08/15    Entered 06/08/15 15:00:49    Desc Main
Debtor(s):  Steve Simpson & Associates, Inc.      Case No:
                                      Document      Page 10 of 11
                                      Chapter: 11
                                                                                    EASTERN DISTRICT OF TEXAS
                                                                                    BEAUMONT DIVISION

Integrity Industries LLC
P. O. Box 5342
Kingsville, Texas 78363

John Steve Eppes, CPA, P.C.
180 West Avenue O
Silsbee, Texas 77656

Pawnee Leasing
700 Centre Avenue
Fort Collins, CO 80526

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

JR Contracting LLC
810 Route 519
P. O. Box 315
Eighty Four, PA 15330

Pennsylvania Dept of Revenue
P. O. Box 280905
Harrisburg, PA 17128-0905

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Latch Oil Inc.
720 State Highway 63 West
Jasper, Texas 75951

Perkins Oil & Gas
P. O. Box 547
Pennsboro, WV 75931

Interstate Billing Service, Inc.
Attn: Whitney Marsh
1025 5th Avenue SE
Decatur, AL 35601

M-I, LLC (Federal Wholesale)
P. O. Box 42842
Houston, Texas 77242

Pitney Bowes Purchase Power
2225 American Drive
Neenah, WI 54956-1005

IPFS Corporation
1001 Winstead Drive, Suite 500
Cary, NC 27513

Marietta Occupational Health Partners
401 Matthew Street
Marietta, OH 45750

PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203

Jasper County TAC
PO Drawer 1970
Jasper, Texas 75951

Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222

Potesta & Associates, Inc.
7012 MacCorkle Avenue S.E.
Charleston, WV 25304

Jasper I.S.D.
128 Park St.
Jasper, TX 75951

Mon Power
76 S. Main St., A-RPC
Akron, OH 44308-1890

Principal Financial Group
P. O. Box 10372
Des Moines, IA 50392-0001

Jasper-Newton Electric Cooperative Inc.
812 S. Margaret Avenue
Kirbyville, Texas 75956

Nex-Traq
1200 Lake Hearn Drive, Suite 500
Atlanta, GA 30319

Ransom Drilling LLC
P. O. Box 107
Gary, Texas 75643

JC Fodale Energy Services, LLC
6003 Financial Plaza
Shreveport, LA 71129

O'Reilly Auto Parts
P. O. Box 1156
Springfield, MO 65801-9464

Reliant Asset Management LLC
2900 South DeQuincy St., #300A
Arlington, VA 22206

JLG Security & Fire Systems
155 N. Main St.
Jasper, Texas 75951

Ohio Tax Dept.
P. O. Box 16560
Columbus, OH 43216-6560

State Comptroller of Texas
c/o Office of the Attorney General
P. O. Box 12548
Austin, TX  78711-2548

Case 15-10291    Doc 1    Filed 06/08/15    Entered 06/08/15 15:00:49    Desc Main
Document      Page 11 of 11

Debtor(s): Steve Simpson & Associates, Inc.
Case No:
Chapter: 11
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

Stephen E. Simpson
P. O. Box 570
Brookeland, Texas 75931

Stephen Simpson
P. O. Box 570
Brookeland, Texas 75931

Steve Simpson Disposal Well, Ltd
P. O. Box 540
Brookeland, Texas 75931

TCB Sales & Distributing LLC
4800 San Felipe Street
Houston, Texas 77056

Texas Workforce Commission
TWC Building - Tax Dept.
Austin, TX 78778

The Yoes Law Firm, LLP
3535 Calder Avenue, Suite 235
Beaumont, Texas 77726-7584

Time Payment Corp.
16 NE Executive Park, #200
Burlington, MA 01803

Trinity Envionmental Services LLC
13453 Hwy. 71 W
Bee Cave, Texas 78738

Tru Par America
160 Wilson Road
Bentleyville, PA 15314

U. S. Trustee's Office
300 Plaza Tower
110 N. College Avenue
Tyler, Texas 75702
Attn: Timothy W. O'Neal

United States Attorney
Eastern District of Texas
350 Magnolia, Suite 150
Beaumont, Texas  77701

Valley Plumbing & Electric Inc.
262 North Street
New Martinsville, WV 26155

Vertical Truck Training Partners, LP
P. O. Box 780
Texarkana, Texas 75504

VFSUS LLC & Assigns
P. O. Box 5751
Cincinnati, OH 45201

Vichem Specialty Products LLC
P. O. Box 1567
Conroe, Texas 77301

Wable Ford, Inc.
820 Chelsea St.
Sistersville, WV 26175

Weatherford International, LLC
2000 St. James Place
Houston, Texas 77056

West Virginia State Tax Dept.
P. O. Box 1826
Charleston, WV 25327-1826

Wetzel County Landfill
1521 Wetzel Co. Landfill Road
New Martinsville, WV 26155

William Scotsman
901 S. Bond Street, Suite 600
Baltimore, MD 21231-3357

Workforce West Virginia
P. O. Box 106
Charleston, WV 25321-0106